1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10                              FRESNO DIVISION
11

12  MANUEL GUTIERREZ,                    1:13-cv-01428 BAM (PC)

13            Plaintiff,                 ORDER GRANTING APPLICATION TO
                                         PROCEED IN FORMA PAUPERIS
14  v.                                   (#2)
                                                      and
15  DR. MUSTAFA, et al.,                 ORDER DIRECTING PAYMENT
                                         OF INMATE FILING FEE BY
16            Defendants.                CALIFORNIA DEPARTMENT OF
                                         CORRECTIONS
17  _____/

18          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

19  to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

20  by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

21  obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

22  is obligated to make monthly payments in the amount of twenty percent of the preceding month's

23  income credited to plaintiff's trust account.  The Kern County Sheriff is required to send to the Clerk

24  of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00,

25  until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26          In accordance with the above and good cause appearing therefore, IT IS HEREBY

27  ORDERED that:

28              1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

                                        -1-

1    **2.  The Director of the Kern County Sheriff's Department or his designee shall**

2    **collect payments from plaintiff's prison trust account in an amount equal to twenty per cent**

3    **(20%) of the preceding month's income credited to the prisoner's trust account and shall**

4    **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

5    **$10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

6    **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

7    **and number assigned to this action.**

8    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

9    plaintiff's in forma pauperis application on the Director of the Kern County Sheriff's Department, via

10   the court's electronic case filing system (CM/ECF).

11   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12   Department, U.S.  District Court, Eastern District of California, Fresno Division.

13   5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

14   certified copy of his prison trust account statement for the six-month period immediately preceding

15   the filing of the complaint, if plaintiff has not already done so.

16   IT IS SO ORDERED.

17   **Dated:    September 16, 2013                     /s/ Barbara A. McAuliffe**

       UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28