UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. MUSTAFA, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-01428-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT AS UNNECESSARY<br><br>(ECF No. 7) |

Plaintiff Manuel Gutierrez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 9, 2013. On November 4, 2013, Plaintiff filed a motion to correct the spelling of Defendant Mustafa's name and to add defendants to this action. (ECF No. 7.) The Court construes Plaintiff's filing as a motion for leave to amend the complaint.

Plaintiff has not previously amended and therefore, he may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). Because Plaintiff does not need leave of court to file an amended complaint, his motion is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **April 10, 2014**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1